## PEOPLE v. KELLY et al.

(Common Pleas of New York City and County, General Term.  April 3, 1893.)

BAIL—JUDGMENT ON VACATED RECOGNIZANCE—FORFEITURE.
>    An application to vacate a judgment on a forfeited recognizance cannot be granted unless it is shown that the expense of the recapture of the principal and the costs of the proceedings to enforce the forfeiture have been paid, as required by Laws 1882, c. 410, § 1482. People v. Lasher, (Com. Pl. N. Y.) 11 N. Y. Supp. 711, followed.

Motion to be relieved from a judgment on a forfeited recognizance against James Kelly and John Von Glahn.    Denied.

Argued before BISCHOFF, PRYOR, and GIEGERICH, JJ.

De Lancey Nicoll, for the motion.
O. J. Hochstadler, opposed.

BISCHOFF, J.    Application to be relieved from the forfeiture of a recognizance, etc.    This application is denied, because it does not appear that the expense of recapture of the principal and the cost of the proceedings to enforce the forfeiture have been paid. People v. Lasher, (Com. Pl. N. Y.) 11 N. Y. Supp. 711.    It may, however, be renewed upon proof of the facts omitted.    All concur.